Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

08CV1947
JUDGE CASTILLO
MAG. JUDGE NOLAN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MAERSK LINE,

                   Plaintiff,

              -and-

BMV EXPORT & IMPORT INC.,

                   Defendant.

----------------- -----------------------------------------------X

**07 CIVIL 7690 (GEL)**

**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on Feb 26, 2008 as it appears in the records of this court, and that:

☒ No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐ No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐ An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐ An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

**MAR 28, 2008**

KC FILED

APR 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**J. Michael McMahon**

_____ Clerk

_____ ,

**(By) Deputy Clerk**

Case 1:07-cv-07690-HB    Document    ELECTRONICALLY FILED    Page 1 of 1
5-638558
UNITED STATES DISTRICT COURT    DOC #: _____
SOUTHERN DISTRICT OF NEW YORK    DATE FILED: 2/26/08
-------------------------------------------------------------X

MAERSK LINE,

                                                    07 CIV. 7690 (BAER)

                              Plaintiff,

                                                    DEFAULT JUDGMENT

          - against -
                                                    08 6306
BMV EXPORT & IMPORT, INC.,
                                                    08CV1947
                                                    JUDGE CASTILLO
                                                    MAG. JUDGE NOLAN
                              Defendant.

-------------------------------------------------------------X

     This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant BMV EXPORT & IMPORT, INC. on December 3, 2007 by personal service on Soula Stratton, Administrative Assistant and person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

     Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

     ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant BMV EXPORT & IMPORT, INC. in the liquidated amount of $27,715.00, with interest at 6% from the respective dates due amounting to $1,083.24, plus the costs and disbursements of this action in the amount of $545.00, amounting in all to $29,343.24.

Dated:  New York, New York
      January        , 2008
      February 25, 2008

_____
          U.S.D.J.

                                       2/26/08

A CERTIFIED COPY
J. MICHAEL McMAHON,            CLERK

BY _____
            DEPUTY CLERK